In the Matter of the Application of JAMES L. WATSON, Appellant, to Have the Name of STEPHEN J. DUFFY, Respondent, Stricken from the Enrollment Book of the Fifth Election District of the Fifteenth Assembly District in the County of New York.

*Matter of Duffy,* 125 App. Div. 406, affirmed.
(Argued June 5, 1908; decided June 12, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1908, which affirmed an order of Special Term denying the application in the above-entitled proceeding.

*Harry W. Mack* and *Charles W. Lefler* for appellant.

*Lemuel E. Quigg, Charles W. Coleman* and *James J. McEvilly* for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, WERNER and CHASE, JJ. Dissenting: CULLEN, Ch. J., WILLARD BARTLETT and HISCOCK, JJ

---

JAMES M. ELLIOTT, JR., Respondent, *v.* JAMES B. BRADY et al., Appellants.

(Submitted June 8, 1908; decided June 12, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 221.)